UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| YOSIEL FIGUEROA SANTANA | CASE NO. 6:20-CV-01266 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| WILLIAM BARR, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this petition for writ of habeas corpus be **DENIED AND DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 6th day of April, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE